UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MESA UNDERWRITERS SPECIALTY INSURANCE COMPANY,<br><br>                Plaintiff,<br><br>   v.<br><br>RAZORHONE LLC,<br><br>                Defendant. | CASE NO. 2:23-cv-01904-TL<br><br>MINUTE ORDER |

The following Minute Order is made at the direction of the Court, the Honorable Tana Lin, United States District Judge:

(1) On December 14, 2023, the Court entered a Minute Order (Dkt. No. 6) directing Plaintiff to file an amended Corporate and Diversity Disclosure Statement that fully complies with LCR 7.1(a) and (b). Plaintiff's amended statement, filed the same day, fails to correct the specified deficiency as it still does not comply with LCR 7.1(b).

MINUTE ORDER - 1

(2) LCR 7.1(b) requires the disclosure of the "**states** in which the party, owners, partners, or members are citizens" for "**any person or entity identified in (a)(1)**" (emphasis added). Consistent with LCR 7.1, Plaintiff identified its corporate parent as Selective Insurance Group, Inc. ("SIGI"), and noted that BlackRock, Inc. ("BlackRock") owns more than a 10% interest in SIGI. Dkt. No. 7. Plaintiff fails to list the states of citizenship for either SIGI or BlackRock.

(3) Plaintiff is therefore ORDERED to file a fully compliant amended disclosure statement or otherwise show cause for failing to comply with this Court's Local Rules and Orders **within three (3) days** of the date of this Order.

Dated this 19th day of December 2023.

Ravi Subramanian  
Clerk of the Court

s/ Kadya Peter  
Deputy Clerk