UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MESA UNDERWRITERS SPECIALTY INSURANCE COMPANY,<br><br>　　　　　　　Plaintiff,<br>　　v.<br><br>RAZORHONE LLC,<br><br>　　　　　　　Defendant. | CASE NO. 2:23-cv-01904-TL<br><br>ORDER ON PARTIES' JOINT SUBMISSION REGARDING STAY |

This matter comes before the Court on the Parties' Joint Submission Regarding Stay of Proceedings. Dkt. No. 32. In an Order issued on January 7, 2025, the Court denied Plaintiff Mesa Underwriters Specialty Insurance Company's ("Mesa") motion for summary judgment (Dkt. No. 19) and instructed the Parties to file a joint submission as to their respective positions on whether the Court should stay this case. Dkt. No. 31 at 18. At present, the Parties are engaged in the "Underlying Action," a lawsuit in Whatcom County Superior Court in which Razorhone LLC ("Razorhone") is a defendant. *Id.* at 2–3.

ORDER ON PARTIES' JOINT SUBMISSION REGARDING STAY - 1

On January 28, 2025, the Parties filed their Joint Submission. Dkt. No. 32. The Parties represent that they have conferred on the issue, and that they "agree[] to a stay in this matter until the Underlying Action is resolved as it regards Razorhone." *Id.* at 2. The Parties further state that, "[w]ithin 14 days of resolution of the Underlying Action, the Parties shall confer and file an updated report with the Court with their position(s) on further proceedings in this matter, if necessary." *Id.*

Accordingly, the Court hereby orders as follows:

(1) The Court STAYS this matter pending the resolution of the Underlying Matter in Whatcom County Superior Court.

(2) The Parties SHALL submit a joint status report that includes a proposed schedule for the remainder of the case **within fourteen (14) days** of the resolution of the Underlying Matter in state court.

Dated this 28th day of January 2025.

_____
Tana Lin
United States District Judge

ORDER ON PARTIES' JOINT SUBMISSION REGARDING STAY - 2